**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 18, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.  14-1937,     <u>Dr. Greg Battersby v. Dr. Joseph Carew</u>
                 8:14-cv-00761-HMH

TO:   Bruce Elliot Fein
      Donald Loren Smith

REDACTED DOCUMENT DUE:  December 1, 2014

Under Fed. R. App. P. 25(a)(5), filers are required to redact the following personal data identifiers from documents filed on appeal. Please redact and re-file your document in accordance with the requirement(s) identified below.

_____
 [ x ] Social security and tax ID numbers must be limited to last four digits.
_____
 [ x ] Minor children must be identified by their initials only.
_____
 [ x ] Dates of birth must show the year only.
_____
 [ ] Financial account numbers must be limited to the last four digits only.
_____
 [ ] Home addresses in criminal cases must be limited to city and state only.
_____

Sharon A. Wiley, Deputy Clerk
804-916-2704